BTK:dmc
F. #2025R00312

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL FAZIO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 20 2025   ★

LONG ISLAND OFFICE

NOTICE OF MOTION

Criminal Docket No. _____-_____ ( _____ )

# CR25   206
## CHOUDHURY, J.
### TISCIONE, M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant MICHAEL FAZIO's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Central Islip, New York
         June 20, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722

By: /s/ *Bradley J. King*
    Bradley T. King
    Assistant United States Attorney
    (631) 715-7875

Cc:   Clerk of the Court
      Dennis Lemke